AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| *Case No.:* <br> 1:21MJ-079 | *Date and time warrant executed:* <br> 01/27/2021 at 2:33 PM | *Copy of warrant and inventory left with:* |
| *Inventory made in the presence of :* <br> A.Kremer | | |
| *Inventory of the property taken and name of any person(s) seized:* <br><br> Approximately 982 grams of a green leafy substance suspected to be marijuana. | | |

**Certification**

    *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date:    02/08/2021

*Executing officer's signature*

Jason R. Roth, U.S. Postal Inspector
*Printed name and title*